PROB22
(12/2016)

**FILED**

February 07, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ CD

| | | DEPUTY |
|---|---|---|

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*):<br>**2:19CR00425-001** | |
|---|---|---|
| | DOCKET NUMBER (*Rec. Court*):<br>**SA:22-CR-00066** | |
| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Casarez, Roland**<br>Austin, Texas | DISTRICT:<br>**Southern District of Texas** | DIVISION:<br>**Corpus Christi** |
| | NAME OF SENTENCING JUDGE:<br>**Honorable Nelva Gonzales Ramos** | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | From:<br>**01/13/2022** / To:<br>**01/12/2022** |

**OFFENSE: Conspiracy to Possess with Intent to Distribute Synthetic Cannabinoids**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Corpus Christi Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Southern District of Texas</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 3, 2022
_____
Date

*Nelva Gonzales Ramos*
_____
Nelva Gonzales Ramos
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Western District of Texas, San Antonio Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

02/07/2022
_____
Effective Date

_____
ORLANDO L. GARCIA
Chief United States District Judge

DOCSENT

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
# CRIMINAL DOCKET FOR CASE #: 2:19-cr-00425-1

Case title: USA v. Casarez et al

Date Filed: 05/08/2019

Date Terminated: 01/21/2020

---

Assigned to: Judge Nelva Gonzales Ramos

**Defendant (1)**

| | |
|---|---|
| **Roland Casarez**<br>*TERMINATED: 01/21/2020* | represented by **Roland Casarez**<br>94001-479<br>FCI Bastrop<br>P.O. Box 1010<br>Bastrop, TX 78602<br>PRO SE<br><br>**Federal Public Defender - Corpus Christi**<br>606 N Carancahua<br>Ste 401<br>Corpus Christi, TX 78476<br>361-888-3532<br>Email: Mary_Montoya@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment*<br><br>**Lila Michelle Garza**<br>Federal Public Defender's Office<br>606 N. Carancahua<br>Ste 401<br>Corpus Christi, TX 78401-0697<br>361-888-3532<br>Email: lila_garza@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment*<br><br>**Raquel Antonia Munoz**<br>Federal Public Defender<br>606 N Carancahua<br>Suite 401<br>Corpus Christi, TX 78401 |

361-888-3532
Fax: 361-888-3534
Email: raquel_munoz@fd.org *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | 30 months CBOP; $100 Special Assessment; 3 years Supervised Release; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | Dismissed on Govt's Motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| **USA** | represented by | **Neel Kapur** |
| --- | --- | --- |
| | | US Attorney's Office |
| | | 800 N Shoreline Blvd |
| | | Ste 500 |
| | | Corpus Christi, TX 78401 |
| | | 361-888-3111 |
| | | Email: neel.kapur@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **US Marshal - CC** |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/08/2019 | 1 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Roland Casarez (1) count(s) 1, 2, Annette Andrade (2) count(s) 1, 2, filed. (Attachments: # 1 unredacted) (lrivera, 2) (Entered: 05/08/2019) |

| 05/08/2019 | 2 | US Attys Criminal Docket Sheet as to Roland Casarez, Annette Andrade, filed.(lrivera, 2) (Entered: 05/08/2019) |
|---|---|---|
| 05/08/2019 | 3 | MOTION to Seal Indictment and Related Documents by USA as to Roland Casarez, Annette Andrade, filed. (lrivera, 2) (Entered: 05/08/2019) |
| 05/08/2019 | 4 | ORDER granting 3 Motion to Seal Document as to Roland Casarez (1), Annette Andrade (2).(Signed by Magistrate Judge B Janice Ellington.) Parties notified.(lrivera, 2) (Entered: 05/08/2019) |
| 05/08/2019 | 5 | MOTION for Issuance of Warrant by USA as to Roland Casarez, filed. (lrivera, 2) (Entered: 05/08/2019) |
| 05/08/2019 | 6 | ORDER granting 5 Motion for Issuance of Warrant as to Roland Casarez (1).(Signed by Magistrate Judge B Janice Ellington.) Parties notified.(lrivera, 2) (Entered: 05/08/2019) |
| 05/30/2019 | | Case unsealed as to Roland Casarez (sylopez, 2) (Entered: 05/30/2019) |
| 05/30/2019 | 17 | Arrest Warrant issued 5/8/2019; Returned Executed on 5/30/2019 in case as to Roland Casarez. Document restricted from PACER under privacy policy, filed. (sylopez, 2) (Entered: 05/30/2019) |
| 05/30/2019 | | Arrest of Roland Casarez, filed. (legarza, 2) (Entered: 05/30/2019) |
| 05/30/2019 | | Minute Entry for proceedings held before Magistrate Judge B Janice Ellington: INITIAL APPEARANCE as to Roland Casarez, (Deft informed of rights) held on 5/30/2019. Defendant requests appointed counsel. Financial Affidavit executed. Court appoints an attorney. Govt. moves for detention and requests a continuance. Court grants Governments request for continuance. Arraignment & Detention Hearing set for 6/4/2019 at 02:00 PM before Magistrate Judge B Janice Ellington Appearances:AUSA: V. Tang USPO: J. Morris DUSM: D. Mihelich and J. Graves.(Digital # 3:36-3:41)(ERO:V. Rios) (Interpreter:not used) Deft remanded to custody, filed.(legarza, 2) (Entered: 05/30/2019) |
| 05/30/2019 | 18 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Federal Public Defender - Corpus Christi for Roland Casarez. ( Signed by Magistrate Judge B Janice Ellington) Parties notified. (jmarks, 2) (Entered: 05/30/2019) |
| 05/30/2019 | 19 | Sealed Financial Affidavit CJA 23 by Roland Casarez, filed. (Entered: 05/31/2019) |
| 05/31/2019 | | NOTICE OF ATTORNEY APPEARANCE Raquel Antonia Munoz, Federal Public Defender, in case as to Roland Casarez, filed.(Munoz, Raquel) (Entered: 05/31/2019) |
| 05/31/2019 | 20 | SCHEDULING ORDER as to Roland Casarez. Motions to Continue the Final Pretrial Conference and Jury Trial, Motions in Limine, Exhibit and Witness Lists, and Proposed Jury Instructions due no later than three (3) days before the Final Pretrial Conference. Final Pretrial Conference set for 6/13/2019 at 09:00 AM before Judge Nelva Gonzales Ramos Jury Trial set for 6/24/2019 at 09:00 AM before Judge Nelva Gonzales Ramos ( Signed by Magistrate Judge B Janice Ellington) Parties notified. (legarza, 2) (Entered: 05/31/2019) |
| 06/04/2019 | | Minute Entry for proceedings held before Magistrate Judge Jason B Libby: DETENTION AND ARRAIGNMENT as to Roland Casarez (1) Count 1,2 held on 6/4/2019. Not Guilty on 1,2. Government opposes bond. Attorney Munoz requests Court set bond and requests the Court reduce the recommended deposit from $1,000 to $500. Arguments heard. Court sets bond as follows: $30,000 bond with $500 cash deposit; not violate any federal, state or local law while on bond; seek/maintain employment; supervision-WDTX-Austin Division; must follow all instructions given by USPO; travel restricted to the WDTX with permission to travel to Corpus Christi, TX for court appearances, attorney conferences and other court related matters; Travel outside the restricted area to be pre-approved by USPO; |

| | | |
|---|---|---|
| | | not possess any firearms, destructive devices or other dangerous weapons; refrain from obtaining passport; report any contact with law enforcement; random drug testing; provide proof to USPO he is participating in substance abuse counseling/treatment; no contact with the co-defendant and potential co-defendants, witnesses or victims; not operate a motor vehicle without valid drivers license; comply with municipal court obligations in Bexar and Nueces Counties and provide proof to USPO; resolve Nueces and Bexar County warrants/citations and provide proof to USPO. Appearances:AUSA Reid Manning. Raquel Antonia Munoz. USPO-Joann Torres-Cadena. USM-John Graves; Ben Word. (Digital # 2:17:55-2:32:49)(ERO:jared marks) (Interpreter:not used) Deft remanded to custody, filed. (KendraPearson, 2) (Entered: 06/04/2019) |
| 06/06/2019 | 24 | Unopposed MOTION to Continue Final Pretrial Conference and Jury Trial by Roland Casarez, filed. (Munoz, Raquel) (Entered: 06/06/2019) |
| 06/07/2019 | | Bond payment received in Western District of Texas, San Antonio Division for Roland Casarez. Payment submitted by Lisa Casarez in the amount of $500.00. Receipt number # 500049506, filed. (dterrell, 2) (Entered: 06/07/2019) |
| 06/07/2019 | 26 | Pretrial Services Report (Sealed) as to Roland Casarez, filed. (rmonroy, 2) (Entered: 06/07/2019) |
| 06/07/2019 | 28 | ORDER Setting Conditions of Release for Roland Casarez. ( Signed by Magistrate Judge Jason B Libby) Parties notified. (jalvarez, 2) (Entered: 06/07/2019) |
| 06/07/2019 | 29 | Secured Appearance Bond Entered as to Roland Casarez in amount of $ 30,000 with $500 cash deposit, filed. (Attachments: # 1 Unredacted Appearance Bond, # 2 Redacted Affidavit, # 3 Unredacted Affidavit)(jalvarez, 2) (Entered: 06/07/2019) |
| 06/10/2019 | 31 | ORDER GRANTING UNOPPPOSED MOTION FOR CONTINUANCEgranting 24 Motion to Continue as to Roland Casarez (1) Final Pretrial Conference set for 7/25/2019 at 09:00 AM before Judge Nelva Gonzales Ramos Jury Selection set for 8/5/2019 at 09:00 AM before Judge Nelva Gonzales Ramos Jury Trial set for 8/5/2019 at 09:00 AM before Judge Nelva Gonzales Ramos. **ANY SUPPORTING DOCUMENTS AND MOTIONS TO CONTINUE MUST BE FILED 3 DAYS PRIOR TO SENTENCING DATE AS SET FORTH IN THE ORIGINAL SENTENCING ORDER.** (Signed by Judge Nelva Gonzales Ramos.) Parties notified.(fcarbia, 2) (Entered: 06/11/2019) |
| 06/21/2019 | 32 | Arrest Warrant issued 05/08/2019 Returned Executed on 05/30/2019 in case as to Roland Casarez. Document restricted from PACER under privacy policy, filed. (amartinez, 2) (Entered: 06/24/2019) |
| 07/09/2019 | | US Treasury check 403900268396 received from San Antonio District Court for bond payment that was made in San Antonio on 6/6/19 as to Roland Casarez:, filed. (dterrell, 2) (Entered: 07/09/2019) |
| 07/18/2019 | 34 | Unopposed MOTION to Continue Final Pretrial Conference and Jury Trial by Roland Casarez, filed. (Munoz, Raquel) (Entered: 07/18/2019) |
| 07/19/2019 | 36 | ORDER granting 34 Motion to Continue as to Roland Casarez (1) Final Pretrial Conference set for 9/27/2019 at 09:00 AM before Judge Nelva Gonzales Ramos Jury Selection set for 10/7/2019 at 09:00 AM before Judge Nelva Gonzales Ramos Jury Trial set for 10/7/2019 at 09:00 AM before Judge Nelva Gonzales Ramos. **ANY MOTION TO CONTINUE THE FPTC AND JURY SELECTION AND TRIAL MUST BE FILED NO LATER THAN 3 DAYS BEFORE FPTC.** (Signed by Judge Nelva Gonzales Ramos.) Parties notified.(mserpa, 2) (Entered: 07/19/2019) |
| 09/18/2019 | | The case as to Roland Casarez is referred to magistrate judge for re-arraignment, filed. (bcortez, 2) (Entered: 09/18/2019) |

| 09/18/2019 | 39 | NOTICE OF SETTING as to Roland Casarez. Re-Arraignment set for 9/26/2019 at 10:00 AM before Magistrate Judge Jason B Libby, filed. (KendraPearson, 2) (Entered: 09/18/2019) |
|---|---|---|
| 09/26/2019 | | Minute Entry for proceedings held before Magistrate Judge Jason B Libby: RE-ARRAIGNMENT held on 9/26/2019. Roland Casarez (1) Guilty Count(s) 1. Defendant states he/she is ready to plea guilty today. Consent to plea before Magistrate Judge filed. Plea agreement with waiver of appeal filed. Stipulation of Fact in support of defendant's plea filed. PSI ordered. Sentencing date announced in open court. Sentencing order to be entered. Appearances: AUSA Lance Watt, Rachel Braver for Raquel Munoz. USPO: Bronia Brown. USM: Robin Richards; David Klein. (Time in Court: 10:46:10-11:19:35) (ERO: Sharon Russell) (Interpreter:not used) Deft continued on bond. (KendraPearsonadi, 2) (Entered: 09/26/2019) |
| 09/26/2019 | 45 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Roland Casarez. PSI Completion due by 11/12/2019. Objection to PSI due by 11/25/2019. Responses to Objections due by 11/29/2019. Final PSI due by 12/10/2019. Deadline for Motions for Continuance: 1/10/2020. Supporting Documents due by 1/10/2020. Sentencing set for 1/15/2020 at 01:30 PM before Judge Nelva Gonzales Ramos. (Signed by Judge Nelva Gonzales Ramos) Parties notified. (KendraPearsonadi, 2) (Entered: 09/26/2019) |
| 09/26/2019 | 46 | FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY as to Roland Casarez. Objections to R&R due by 10/10/2019. (Signed by Magistrate Judge Jason B. Libby) Parties notified. (KendraPearsonadi, 2) (Entered: 09/26/2019) |
| 09/26/2019 | 47 | Consent to Administration of Guilty Plea Before United States Magistrate Judge by Roland Casarez, filed. (KelliePapaioannou, 2) (Entered: 09/26/2019) |
| 09/26/2019 | 48 | MEMORANDUM OF PLEA AGREEMENT as to Roland Casarez, filed. (KelliePapaioannou, 2) (Entered: 09/26/2019) |
| 09/26/2019 | 49 | Stipulation of Fact by Roland Casarez, filed.(KelliePapaioannou, 2) (Entered: 09/26/2019) |
| 10/15/2019 | 50 | ORDER ACCEPTING GUILTY PLEA as to Roland Casarez re: 46 Findings and Recommendation on Plea of Guilty ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (bcortez, 2) (Entered: 10/15/2019) |
| 10/16/2019 | | NOTICE OF ATTORNEY APPEARANCE Lila Michelle Garza, Federal Public Defender, in case as to Roland Casarez, filed.(Garza, Lila) (Entered: 10/16/2019) |
| 11/25/2019 | 53 | Unopposed MOTION for Extension of Time to File Motion to Extend Deadline for Filing of PSR Objections by Roland Casarez, filed. (Garza, Lila) (Entered: 11/25/2019) |
| 12/02/2019 | 54 | ORDER granting 53 Motion for Extension of Time to File Objections as to Roland Casarez (1). Objections are due 12/9/19. Responses are due 12/16/19. Final PSR is due 12/30/19.(Signed by Judge Nelva Gonzales Ramos.) Parties notified.(bcortez, 2) (Entered: 12/02/2019) |
| 12/10/2019 | 59 | Final Presentence Investigation Report (Sealed) as to Roland Casarez, filed. (kreyes, 2) (Entered: 12/10/2019) |
| 12/10/2019 | 60 | Sealed Addendum to 59 Final Presentence Investigation Report (Sealed) as to Roland Casarez, filed. (kreyes, 2) (Entered: 12/10/2019) |
| 12/10/2019 | 61 | Confidential Sentencing Recommendation(Sealed) regarding Roland Casarez, filed. (kreyes, 2) (Entered: 12/10/2019) |
| 12/13/2019 | 62 | Unopposed MOTION for Leave to File Objection by Roland Casarez, filed. (Garza, Lila) |

| | | (Entered: 12/13/2019) |
|---|---|---|
| 12/13/2019 | 63 | Objection to Presentence Investigation Report (Sealed) by Roland Casarez, filed. (Entered: 12/13/2019) |
| 12/17/2019 | 64 | ORDER granting 62 Motion for Leave to File Late Objection as to Roland Casarez (1). (Signed by Judge Nelva Gonzales Ramos.) Parties notified.(vrios, 2) (Entered: 12/17/2019) |
| 01/08/2020 | 68 | Second Sealed Addendum to 59 Final Presentence Investigation Report (Sealed) as to Roland Casarez, filed. (rmonroy, 2) (Entered: 01/08/2020) |
| 01/13/2020 | 69 | Sentencing Memorandum (Sealed) by Roland Casarez, filed. (With attachments) (Entered: 01/13/2020) |
| 01/13/2020 | 70 | Unopposed MOTION for Leave to File *late response to objections to PSR* by USA as to Roland Casarez, filed. (Kapur, Neel) (Entered: 01/13/2020) |
| 01/13/2020 | 71 | Reply to Response to Objections to PSR (Sealed) by USA as to Roland Casarez, filed. (Entered: 01/13/2020) |
| 01/14/2020 | 72 | ORDER granting 70 Unopposed Motion for Leave to File Unopposed Motion for Leave to File as to Roland Casarez (1).(Signed by Judge Nelva Gonzales Ramos.) Parties notified. (legarza, 2) (Entered: 01/14/2020) |
| 01/15/2020 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos: Sentencing held on 1/15/2020 for Roland Casarez (1), Count(s) 1, 30 months CBOP; $100 Special Assessment; 3 years Supervised Release; Substance Abuse Testing; Count(s) 2, Dismissed on Govt's Motion. Court overrules objection to PSR. Court adopts PSR as written. Deft waived right to appeal in written plea agreement. Deft will make recommendation for placement in Bastrop, TX and participation in RDAP while in custody. Court orders Defendant to surrender on a date on or after March 1, 2020. Appearances:USPO C. Volkmann, USM E. Haag. Neel Kapur, Lila Michelle Garza.(Digital # 1:36-2:00)(ERO:G. Rogan) Deft continued on Bond - voluntary surrender, filed.(bcortez, 2) (Entered: 01/15/2020) |
| 01/21/2020 | 73 | JUDGMENT as to Roland Casarez ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (MaraSalas, 2) (Entered: 01/21/2020) |
| 01/21/2020 | 74 | Statement of Reasons (Sealed) as to Roland Casarez. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to **SAVE** the document locally at the time of viewing, filed. (Entered: 01/21/2020) |
| 02/27/2020 | 75 | ORDER TO SURRENDER on March 10, 2020 by 2:00 p.m. to FCI Bastrop as to Roland Casarez ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (mserpa, 2) (Entered: 02/27/2020) |
| 03/02/2020 | | ***Delivery Confirmation for delivery date(s) 2/28/2020 re: 76 Document(s) Sent, filed. (jmarks, 2) (Entered: 03/02/2020) |
| 03/19/2020 | 77 | Memorandum from USM, defendant surrendered on 3/10/2020 as to Roland Casarez, filed. (amireles, 2) (Entered: 03/20/2020) |
| 04/14/2020 | 78 | ORDER to Disburse Bond in the amount of $500.00 as to Roland Casarez ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (MaraSalas, 2) (Entered: 04/14/2020) |
| 04/21/2020 | | Disbursement of Bond to Lisa Casarez, $500.00 on 4/21/2020 as to Roland Casarez re 78 Order to Disburse Bond, filed. (GloriaVasquez, 4) (Entered: 04/22/2020) |

| 05/21/2020 | 79 | MOTION for Compassionate Release from Custody by Roland Casarez, filed. (bcortez, 2) (Additional attachment(s) added on 5/22/2020: # 1 Unredacted attachment) (bcortez, 2). (Entered: 05/22/2020) |
|---|---|---|
| 05/27/2020 | 80 | MEMORANDUM OPINION AND ORDER as to Roland Casarez denied 79 MOTION for Release from Custody ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (legarza, 2) (Entered: 05/27/2020) |
| 01/06/2021 | 82 | Letter re: Removal of Detainers (State Court tickets), Status of Compassionate Release Order by Roland Casarez, filed. (Attachments: # 1 Motion for Credit for Time Served, # 2 Letter from Ms. Garza, # 3 Inmate Data Sheet)(bcortez, 2)(Clerk's notes: Copy of Order at D.E. 80 mailed to Deft at address on envelope.) (Entered: 01/11/2021) |
| 01/22/2021 | 83 | MOTION for Status of Compassionate Release Motion and Motion to Serve Remainder of Sentence at Oxford House by Roland Casarez, filed. (bcortez, 2) (Entered: 01/25/2021) |
| 01/28/2021 | 84 | ORDER granting 83 Motion for status update, denying Motion to serve remainder of sentence at an Oxford House as to Roland Casarez (1).(Signed by Judge Nelva Gonzales Ramos.) Parties notified. Copy of this Order and Order DE #80 mailed to deft via U.S. first class mail.(srussell, 2) (Entered: 01/28/2021) |
| 02/03/2022 | 89 | PROBATION FORM 12B Request for Modifying the Conditions or Term of Supervision with Consent of the Offender as to Roland Casarez. Court Orders Modify Conditions as Noted ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (fcarbia, 2) (Entered: 02/03/2022) |
| 02/07/2022 | 90 | Supervised Release Jurisdiction Transferred and Accepted to Western District of Texas San Antonio Division as to Roland Casarez., filed.(lrivera, 2) (Entered: 02/07/2022) |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY 8 2019

David J. Bradley, Clerk of Court

SEALED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| ROLAND CASAREZ | § | **C-19-425** |
| ANNETTE ANDRADE | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between, on or about May 22, 2017, and on or about May 27, 2017, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

ROLAND CASAREZ and
ANNETTE ANDRADE,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a synthetic cannabinoid mixture and substance containing a detectable amount of FUB-AMB, Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802 (32), knowing that the substance was intended for human consumption as provided in Title 21, United States Code, Section 813.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(C), and 813.

## COUNT TWO

Between, on or about May 22, 2017, and on or about May 27, 2017, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ROLAND CASAREZ and
ANNETTE ANDRADE,

did knowingly possess with intent to distribute a synthetic cannabinoid mixture and substance containing a detectable amount of FUB-AMB, a Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802 (32), knowing that the substance was intended for human consumption as provided in Title 21, United States Code, Section 813.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 813 and Title 18, United States Code, Section 2.

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By:

NEEL KAPUR
Assistant United States Attorney

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

Holding Session in Corpus Christi

**ENTERED**

January 21, 2020

David J. Bradley, Clerk

UNITED STATES OF AMERICA

v.

**ROLAND CASAREZ**

# JUDGMENT IN A CRIMINAL CASE

**CASE NUMBER: 2:19CR00425-001**

**USM NUMBER: 94001-479**

Lila Michelle Garza, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1 on September 26, 2019.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C) and 813 | Conspiracy to Possess with Intent to Distribute Synthetic Cannabinoid | 05/27/2017 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through  6  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) 2 is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 15, 2020
Date of Imposition of Judgment

Signature of Judge

**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

January 21, 2020
Date

CAV
CNG

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                     Sheet 2 – Imprisonment

Judgment — Page   2   of   6  

DEFENDANT:    **ROLAND CASAREZ**
CASE NUMBER:   **2:19CR00425-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 30 months.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed at Bastrop FCI in Bastrop, Texas, as long as the security needs of the Bureau of Prisons are met.
The defendant participate in the 500-hour Residential Drug Abuse Program (RDAP).

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:
    ☒ on / or after March 1, 2020.
    ☒ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment — Page ___3___ of ___6___

DEFENDANT:      **ROLAND CASAREZ**
CASE NUMBER:    **2:19CR00425-001**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: 3 years.

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.
      *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A and/or 3664. The defendant must also pay the assessment imposed in accordance with 18 U.S.C. § 3013.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3D – Supervised Release

Judgment — Page    4    of    6

DEFENDANT:      **ROLAND CASAREZ**
CASE NUMBER:    **2:19CR00425-001**

## SPECIAL CONDITIONS OF SUPERVISION

**SUBSTANCE ABUSE TESTING:**  You must submit to substance-abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able.  You may not attempt to obstruct or tamper with the testing methods.

AO 245B (Rev. 09/19)     Judgment in a Criminal Case
                         Sheet 5 – Criminal Monetary Penalties

DEFENDANT: **ROLAND CASAREZ**
CASE NUMBER: **2:19CR00425-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | $ | $ | |
| ☐ See Additional Restitution Payees. | | | |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

\*    Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\*   Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment — Page  6  of  6

DEFENDANT:  **ROLAND CASAREZ**
CASE NUMBER:  **2:19CR00425-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☐  Lump sum payment of $＿＿＿＿＿＿＿ due immediately, balance due

    ☐  not later than ＿＿＿＿＿＿＿, or

    ☐  in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☒  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C  ☐  Payment in equal ＿＿＿＿＿＿＿ installments of $＿＿＿＿＿＿ over a period of ＿＿＿＿＿＿＿＿＿＿,
    to commence ＿＿＿＿＿＿＿ after the date of this judgment; or

D  ☐  Payment in equal ＿＿＿＿＿＿＿ installments of $＿＿＿＿＿ over a period of ＿＿＿＿＿＿＿＿＿＿,
    to commence ＿＿＿＿＿＿＿ after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within ＿＿＿＿＿＿＿ after release from imprisonment.
    The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

        Payable to:    Clerk, U.S. District Court
                      Attn: Finance
                      1133 N Shoreline Blvd, Ste 208
                      Corpus Christi, TX 78401

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**        **Total Amount**        **Joint and Several**        **Corresponding Payee,**
                                      **Amount**        **if appropriate**

☐  See Additional Defendants and Co-Defendants Held Joint and Several.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.